# LIST OF EXHIBITS AND WITNESSES

| Case Number | 8:23-mj-00394-DUTY-1 | Title | USA v. Florin Duduianu |
|---|---|---|---|
| Judge | Alicia G. Rosenberg | | |
| Dates of Trial or Hearing | 1 | | |
| Court Reporters or Tape No. | CS 08/14/2023 | | |
| Deputy Clerks | K. Lozada | | |

**FILED**
CLERK, U.S. DISTRICT COURT
08/14/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KL___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| David Pi, AUSA | James S. Threatt, PD |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 1 | X | | | | | Exhibit 1 - External E-mail | Plaintiff |
| 2 | X | | | | | Exhibit 2 - I.C.E. Report | Plaintiff |
| 3 | X | | | | | Exhibit 3 - Tarrant County Warrant | Plaintiff |
| 4 | X | | | | | Exhibit 4 - Tarrant County Affidavit for Arrest Warrant | Plaintiff |
| 5 | X | | | | | Exhibit 5 - Bucharest District Court Arrest Warrant | Plaintiff |
| 6 | X | | | | | Exhibit 6 - Placentia Police Department Incident Report | Plaintiff |
| 7 | X | | | | | Exhibit 7 - Report from Romanian Ministry of Internal | Plaintiff |
| | | | | | | Affairs | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |